IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TOMMYE MOBLEY,

    Petitioner,

v.

DONNIE THOMPSON, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-139

## ORDER

Respondent filed a Motion to Dismiss Petitioner's action which was brought pursuant to 28 U.S.C. § 2254, asserting that Petitioner's Motion is untimely. By Order dated October 7, 2005, Petitioner was allowed a period of twenty (20) days to file any objections to the Respondent's motion for a dismissal, or to otherwise inform the court of his decision not to object to Respondent's motion. Petitioner was advised that if he did not timely respond to Respondent's motion, the Court would determine that there is no opposition to the motion and grant the motion as unopposed. Petitioner has failed to respond to the Court's Order and to Respondent's Motion. Accordingly, the Respondent's unopposed Motion to Dismiss is **GRANTED** and the petition is **DISMISSED**.

The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 16th day of November, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)